IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FEDERAL TRADE COMMISSION, and**      **PLAINTIFFS**

**STATE OF ARKANSAS,** *ex rel.*
**LESLIE RUTLEDGE,**
**ATTORNEY GENERAL**

v.      Case No. 4:21-cv-00518-KGB

**BINT OPERATIONS LLC, a limited liability**      **DEFENDANTS**
**company,**

**LASHONDA MOORE, individually**
**and as an officer of BINT OPERATIONS LLC, and**

**MARLON DEANDRE MOORE, formerly known**
**as MARLON DEANDRE MAIDEN, individually**
**and as an officer of BINT OPERATIONS LLC.**

### ORDER

Before the Court is a motion for extension of time to answer or otherwise respond to the complaint filed by defendants LaShonda Moore and Marlon Moore (jointly, "the Moores") and BINT Operations LLC ("BINT") (collectively "defendants") (Dkt. No. 7). Plaintiffs Federal Trade Commission ("FTC") and the State of Arkansas, *ex rel.* Leslie Rutledge, Attorney General (collectively, "plaintiffs") filed their complaint on June 16, 2021 (Dkt. No. 1). The Moores' deadline to file a responsive pleading to the complaint was July 14, 2021 and BINT's deadline to file a responsive pleading to the complaint is currently July 16, 2021 (Dkt. No. 7, ¶¶ 1, 2). Defendants retained Donald E. Godwin and the law firm of Godwin Bowman, P.C. to represent them in this matter on July 6, 2021 (*Id.*, ¶ 3). Defendants request an extension of time up to, and including, August 4, 2021, to answer or otherwise respond to plaintiffs' complaint (*Id.*, at 3). For good cause shown, the Court grants defendants' motion for extension of time to answer or

otherwise respond to the complaint (Dkt. No. 7). Defendants have up to and including August 4, 2021, to answer or otherwise respond to plaintiffs' complaint.

Also, before the Court is Donald E. Godwin's motion for leave to appear *pro hac vice* under Local Rule 83.5(d) without local counsel (Dkt. No. 8). Local Rule 83.5(d) permits the Court, upon written motion, to waive the rule's requirements and permit a non-enrolled attorney to proceed without designating local counsel, for the limited purposes of the pending litigation. Mr. Godwin has stated that he will "at all times affirm to the Local Rules of this Court and to the jurisdiction of the Court in matters of discipline" (*Id.*, ¶ 4). For good cause shown, the Court grants the motion (Dkt. No. 8). Mr. Godwin may appear *pro hac vice* without local counsel for the pendency of this litigation.

It is so ordered this 15th day of July, 2021.

_____
Kristine G. Baker
United States District Judge