## DECLARATION OF FTC INVESTIGATOR BRENT D. MCPEEK
## PURSUANT TO 28 U.S.C. § 1746

Pursuant to 28 U.S.C. § 1746, Brent D. McPeek declares that:

1.  My name is Brent D. McPeek. I am over the age of 21 and competent to give this declaration. I am a Federal Trade Investigator with the Federal Trade Commission (FTC). I have a Bachelor of Science degree in agricultural economics with a minor in finance, as well as a Master of Science degree in applied economics. I have more than four years' experience as a consultant in corporate litigation. I have been an investigator at the FTC for more than ten years. My business address is Federal Trade Commission, Southwest Region, 1999 Bryan Street, Suite 2150, Dallas, Texas 75201.

2.  As a Federal Trade Investigator, my duties include investigating parties suspected of engaging in unfair or deceptive acts or practices in violation of the FTC Act and any other laws or rules enforced by the FTC.

3.  As part of my duties, I was assigned to work on the FTC's investigation of **BINT Operations LLC** ("BINT"); and the related individuals **LaShonda Moore** and **Marlon Moore**. In the course of this investigation, I acquired personal knowledge and information about the facts stated here, and, if called, would testify to the same.

### FTC Consumer Sentinel Complaints

4.  The FTC's Consumer Sentinel Network (CSN) is a secure online database of millions of consumer complaints available only to FTC staff, contractors, and authorized law enforcement agency personnel. This access occurs via a Web-based interface and is authorized only on a need-to-know basis to those individuals and organizations requiring access.

5.  Law enforcement users can access various subsets of complaint records, including, but not limited to, the following: identity theft; Do Not Call Registry violations; and

Exh. A - 1

fraud complaints.  Fraud complaints include complaints about computers, the Internet, and online auctions; telemarketing scams; advance-fee loans and credit scams; sweepstakes, lotteries, and prizes; multilevel marketing and pyramid scams; business opportunities and work-at-home schemes; as well as health and weight-loss products.

6. On August 6, 2021, I searched CSN for fraud complaints filed by consumers related to BINT.

7. Because the content of the consumer complaint records are voluminous and replete with PII and cannot be conveniently examined in court, pursuant to Federal Rule 1006, I used a summary to describe the content of the records.  Upon request, redacted versions of these records will be made available at a reasonable time and place.

8. There are 828 fraud complaints concerning BINT.  The state with the largest number of consumer complaints is Arkansas, with 274 complaints, more than the combined total of the next three states.  This accounts for more than 33% of total complaints.

9. A majority of the Arkansas complaints were filed by consumers from just three cities located in the Eastern District of Arkansas.

- Little Rock/North Little Rock – 101 complaints
- Conway – 33 complaints
- Pine Bluff – 23 complaints

10. According to CSN, Arkansas consumers alleged to have paid more than $800,000, with the total from all consumers amounting to more than $3,000,000.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 16, 2021 in Dallas, Texas.

_____
Brent D. McPeek
FTC Federal Trade Investigator

Exh. A - 3