## DECLARATION OF SHAYLA DAWSON
## PURSUANT TO 28 U.S.C. § 1746

I, Shayla Dawson, have personal knowledge of the following facts and matters discussed in this declaration. If called as a witness, I would testify as follows:

1. I am over 18 years of age and reside in Little Rock, Arkansas.

2. In the summer of 2020, I was approached by someone close to me who told me about an investment opportunity called "Blessings in No Time" or "BINT." It sounded like a new and innovative way to invest. I knew other people who I trusted and respected had invested in BINT, so I thought that it was a legitimate investment opportunity.

3. To join, you had to attend a live video presentation over Zoom. I attended one in July 2020. The presentation was hosted by Marlon and LaShonda Moore. They explained that BINT was a board blessing program in which you would start at one position on the board and advance until you were paid out. You would start at the "fire" position, where you would bless the water by paying $1,425 to the person in the water position. After you and the other seven fires on the board paid your $1,425 each to the water, the board would split and you would progress from the fire position to wind position. In the wind position, you had to recruit two fires to the board, both of whom would have to pay $1,425. Finally, the boards would rotate until you were in the water position and receive a blessing of $11,200.

4. During the initial live video presentation, the Moores sounded very well informed and knowledgeable about investment strategies. They claimed that BINT was a surefire way to make money, and that they cared about building wealth in the Black community. They also mentioned that they would honor all refund requests. They seemed to know what they were talking about. LaShonda was an especially charismatic, eloquent speaker, who sounded very competent.

1

Exh. C - 1

5. LaShonda Moore also specifically promised during the initial live video presentation that BINT would give you your first two fires for free. That meant that I would only have to contribute my blessing, and I wouldn't have to recruit other investors or sell any products to receive the full payout. Based on these representations, I saw BINT as a relatively safe way to invest.

6. I decided to join BINT in August 2020. As part of joining, I obtained access to BINT's "BAND" app, which gave BINT community members the ability to chat with one another.

7. Upon joining, I blessed the water by contributing $1,425. A month later, BINT changed its program to reduce the final payment.

8. Within a few weeks, I realized something was wrong. During a video presentation, BINT told us that it was not attracting enough "fires." A few weeks later, LaShonda Moore told us that BINT wouldn't honor its promise to give us two free fires, and we would have to recruit more people.

9. To get on a board, I had to pay $85 a month for "conecmi," a software app that supposedly managed our boards. I did not get any value from this application.

10. During the fall of 2020, updates from BINT were confusing and sounded like excuses for why no one was getting paid out. BINT also began monitoring comments on BAND and deleted any that BINT's admin team found to be "negative" about BINT.

11. I decided to ask for a refund. When I first asked for one, they said they couldn't do it because they were overwhelmed with other requests. Eventually, BINT's admin team emailed me and told me that refunds were "on hold." A true and correct copy of that email is attached to this declaration as **Attachment A**.

12. I never got a refund.

13. I knew speaking out was a risk, but I felt like I couldn't keep quiet anymore. I commented on the BAND app that BINT didn't keep its promises. The admin team, who controlled the message board, hid the messages, and then kicked me out of the group.

14. I lost all my investment. Overall, I paid $3,190 for the required two fire positions and the monthly conecmi fees. I needed this money to pay for my education.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 6-29-2021          _____
                                      Shayla Dawson

# ATTACHMENT A

