## DECLARATION OF BRIAN LEWIS
## PURSUANT TO 28 U.S.C. § 1746

I, Brian Lewis, have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows.

1. I am over 18 years old. I am a resident of Marion, Arkansas.

2. In or around May 2020, I heard about a program called Blessings In No Time (BINT) from two friends who had become members. They were recruiting other people to join the program.

3. My friends told me that if I joined and recruited new members, and those new members recruited others, we would have a "circle." As we brought new members in, we would level up to new positions. Once I reached the "water" position, I would get a payout. I was told that if I paid in $1,400, I would get paid over $11,000 in a matter of weeks. I was interested in the program because it seemed like a good way to make money.

4. After I expressed interest in joining BINT, I received an email from BINT which included a preview of their program and a rundown on how the system worked. My friends' referral, along with the email from BINT, convinced me to join the program. I signed up on a website and submitted my basic demographic information: my name, address, phone number, and date of birth. All of the materials related to the program were online.

5. BINT's co-founders, LaShonda and Marlon Moore, hosted regular Zoom meetings to update BINT members about how the investment group was doing. I attended some of these meetings. The Moores were at every meeting, but occasionally had three or four other BINT employees on to moderate the discussion. Usually, the presenters talked about the system and how fast the boards were moving. To communicate with BINT personnel, members would type comments and send them to the moderators.

Exh. D - 1

6. Some members complained that the boards were stalled and that they were not making any money. The moderators responded that members should request refunds if they were not happy with the program. I noticed that for months a lot of members expressed dissatisfaction with BINT and requested refunds, but I believed that the boards were simply stalled because that was what the Moores told us at the meetings. At one meeting, they did tell us about something called "fusion," in which they were going to put some of the boards together and move people around to other boards so that there would be movement.

7. Around October 2020, I realized that I was not making any money, despite BINT's constant assurances that the boards were going to begin moving again. I did not understand why I was not making money because they had given me two free "spots," which were supposed to stand in for the two people I needed to recruit into the program. I was told after I had joined BINT that I needed to bring "fires" to move up, and that if I did not have fires, they would give me two free fires and move me up to another spot.

8. During my time with BINT, I made two payments of $1,400 as directed by BINT, along with the $85 monthly fee. I expected to receive the promised payout for each of my $1,400 payments, but never received any money.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___July 27___, 2021 in Marion, Arkansas.

*Brian Lewis* (signature)
Brian Lewis

Exh. D - 2