# DECLARATION OF ARKANSAS ATTORNEY GENERAL'S OFFICE
# INVESTIGATOR SHAMIKAH JOHNSON
# PURSUANT TO 28 U.S.C. § 1746

Pursuant to 28 U.S.C. § 1746, Shamikah Johnson declares that:

1. My name is Shamikah Johnson. I am over the age of 21 and competent to give this declaration. I have been an investigator at the Arkansas Attorney General's Office for more than 5 years. My business address is: Office of the Arkansas Attorney General, 323 Center Street, Suite 200, Little Rock, AR 72201.

2. My primary duties are to identify and investigate deceptive, false, and unconscionable trade practices that threaten Arkansas' consumers and business community under the Arkansas Deceptive Trade Practices Act, Ark. Code Ann. §§ 4-88-1010 *et seq*.

3. I was assigned to work on the investigation of **BINT Operations, LLC** ("BINT"); and the related individuals **LaShonda Moore** and **Marlon Moore**. In the course of this investigation, I acquired personal knowledge and information about the facts stated here, and, if called, would testify to the same.

## Arkansas Attorney General Consumer Complaints

4. The consumer protection division of the Attorney General's Office regularly receives complaints from consumers about allegedly illegal practices by persons and companies in the course of business. These complaints and associated documents are maintained and stored electronically by the Office.

5. On January 29, 2021, this Office opened an investigation into BINT after receiving numerous consumer complaints that it was operating as a pyramid scheme designed to deceptively acquire funds from Arkansas consumers.

6. Since November 2020, this office has so far received a total of 57 complaints by Arkansas consumers related to BINT's operations.[1]

---

[1] I discovered that 21 of these consumers also filed a duplicate complaint with the Federal Trade Commission.

7. Because the content of the consumer complaints are voluminous and contain PII, pursuant to Federal Rule 1006, I have provided a summary description of the content of the complaints. Upon request, redacted versions of these complaints will be made available at a reasonable time and place.

8. In their complaints, consumers generally allege that they were told by LaShonda Moore, Marlon Moore, or another BINT administrator that if they invested $1,425.00 in BINT, they would receive a return of $11,400.00, but each of these consumers complained that they never received the promised return on their investment.

9. According to their complaints, the total amount these consumers allegedly paid BINT was $191,784.68.[2]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 18, 2021 in Little Rock, Arkansas.

_Shamikah Johnson_

_____

Shamikah Johnson
Investigator
Office of the Arkansas Attorney General

---

[2] This amount includes the payments of the 21 consumers that also filed complaints with the FTC, which totaled $89,036.18 allegedly paid to BINT