# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**FEDERAL TRADE COMMISSION, and**                                                          **PLAINTIFFS**

**STATE OF ARKANSAS,** *ex rel.*
**LESLIE RUTLEDGE,**
**ATTORNEY GENERAL**

v.                            Case No. 4:21-cv-00518-KGB

**BINT OPERATIONS LLC,** a limited liability                                              **DEFENDANTS**
company,

**LASHONDA MOORE, individually**
**and as an officer of BINT OPERATIONS LLC, and**

**MARLON DEANDRE MOORE, formerly known**
**as MARLON DEANDRE MAIDEN, individually**
**and as an officer of BINT OPERATIONS LLC**

## ORDER

Before the Court is defendants LaShonda Moore and Marlon Moore (jointly, "the Moores"), and BINT Operations LLC's ("BINT" and collectively with the Moores, "defendants") motion for leave to file a reply to plaintiffs' response in opposition to defendants' motion to dismiss (Dkt. No. 13). Defendants request at least seven days to reply to plaintiffs' response (*Id.*). Plaintiffs Federal Trade Commission ("FTC") and State of Arkansas (jointly "plaintiffs") oppose the motion (Dkt. No. 14). For good cause shown, the Court grants the motion. Defendants have up to and including September 6, 2021, to file a reply to plaintiffs' response to defendants' motion to dismiss.

It is so ordered this 31st day of August, 2021.

                                                        Kristine G. Baker
                                                        United States District Judge