UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and<br><br>STATE OF ARKANSAS, *ex rel.*<br>LESLIE RUTLEDGE,<br>ATTORNEY GENERAL,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>BINT OPERATIONS LLC, a limited liability company,<br><br>LASHONDA MOORE, individually and as an officer of BINT OPERATIONS LLC, and<br><br>MARLON DEANDRE MOORE, formerly known as MARLON DEANDRE MAIDEN, individually and as an officer of BINT OPERATIONS LLC,<br><br>　　　　Defendants. | Case No. 4:21-cv-00518 |

## PLAINTIFF FEDERAL TRADE COMMISSION'S
## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Federal Trade Commission will take the following depositions at the time and place indicated, before an officer authorized to administer oaths, and by stenographic means:

    **Witness:**    30(b)(6) representative of BINT Operations LLC
    **Date:**    September 30, 2022
    **Time:**    9:00am CST
    **Location:**    Federal Trade Commission
                    1999 Bryan St #2150, Dallas, Tx 75201

The deposition will continue from day to day until completed. You are invited to attend and cross-examine or otherwise participate. The Rule 30(b)(6) matters for examination are described in Attachment A to this Notice.

Dated: September 9, 2022 Respectfully submitted,

*/s/ Reid Tepfer*
REID TEPFER
Texas Bar No. 24079444
LUIS GALLEGOS
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan St., Ste. 2150
Dallas, TX 75201
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
rtepfer@ftc.gov; lgallegos@ftc.gov

Attorney for Plaintiff
FEDERAL TRADE COMMISSION

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 9, 2022, true and correct copy of the Plaintiff Federal Trade Commission's Notice of Deposition was electronically served via email to the following counsel:

Justin N. Bryan
Kristin M. Hecker
McCathern, PLLC
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219
(214) 741-2662
jbryan@mccathernlaw.com
khecker@mccathernlaw.com
Counsel for Defendants BINT Operations LLC,
LaShonda Moore, and Marlon Moore

Amanda Land
Jason Epperson
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
Amanda.Land@arkansasag.gov
Jason.Epperson@arkansasag.gov

/s/ Reid Tepfer
REID TEPFER

Attachment A

Pursuant to Rule 30(b)(6), Fed. R. Civ. P., the following are the matters upon which examination is requested:
1. BINT Operations LLC;
2. BINT Operations LLC – General Business – including but not limited to:
    a. History:
        i. Including but not limited to the role that any other Blessings Loom, Chain Referral Scheme, Circle Game, Money Board, Link Funding, or Pyramid Scheme played in BINT business model;
        ii. Role that Multiply Blessings and the Moore Life Group played in the BINT business model (see BandVideo 5 2(dmep2020@gmail.com) @ 1:27:30 – 1:27:47   ("So Ashley how long have you been with the community – before BINT started. We were in "Multiply Blessings" "the Moore Life Group" nobody even knows that it was called the Moore Life Group.);
    b. Nature of business, trade or service;
    c. Who owns BINT Operations LLC;
    d. Property ownership;
    e. Contract with third parties;
    f. Operations - including but not limited to:
        i. Office space, locations and arrangements;
        ii. Staff and Management
            1. Job responsibilities of:
                a. Admin
                b. Quality Control
                c. Manager
                d. Executive Admin
                e. Boardmaster
                f. Fire Greeter
                g. Windcatcher
                h. Wader
                i. Lifeguard
3. Directors, Officers, Members, Managers, Employees, Independent Contractors - including but not limited to:
    a. Identity and Description;
        i. Titles;
        ii. Number of employees;
        iii. Locations;
        iv. Company structure, corporate formalities;
        v. Departments or other individual breakdowns;
        vi. Job responsibilities;
        vii. Authorized agent(s) or representative(s) and others acting on behalf of the company;
        viii. compensation;
        ix. Payroll;
        x. Payments and loans to and from;

4. Communications with Admin, Managers and Independent Contractors - including but not limited to:
   a. BINTness;
   b. Group text messaging;
   c. Emails;
   d. Chats;
   e. Blogs;
5. Business registration, state and local licenses, certificate of formation, managing members, bylaws;
6. Financial institutions that hold BINT Operations LLC's funds or accounts - including but not limited to:
   a. Credit card companies;
   b. Merchant banks;
   c. Processors;
   d. Banks;
7. Marketing of BINT Operations LLC - including but not limited to:
   a. Websites;
   b. Advertisements;
   c. Radio;
   d. Telemarketing;
   e. Text;
   f. Zoom;
   g. Band App;
   h. Telegram;
   i. Mailers;
8. Details of BINT Operations LLC's relationship with the following entities, the entities' affiliates and subsidiaries, and individuals:
   a. Conecmi, LLC;
   b. Nehemiah Thomson;
   c. Nathan Newman;
9. Computer data - including but not limited to:
   a. Servers, hardware, and software availability;
   b. Websites; Bintech app; Conecmi app; Band app;
   c. All methods of communication with Admin, Employees / Independent Contractor, Members and prospective members;
10. BINT Operations LLC's financial data - including but not limited to:
    a. How compensation or blessings were determined before Conecmi app and after Conecmi app;
    b. Who receive payments from any source including Conecmi fees;
    c. Refunds;
    d. Payments to and from Conecmi;
11. Legal compliance;
12. Consumer complaints - including but not limited to:
    a. The process for receiving, reviewing and responding to complaints;
    b. Received from the Better Business Bureau;
    c. Received from Attorneys General;

      d. Found online;
      e. Received directly from consumers;
13. Formation, Creation, Design, Purpose, Implementation and Consequence for not complying with the following:
      a. BINT Bible including Membership Bylaws;
      b. BINT 101: Community Resource Guide;
      c. Membership Handbook;
      d. Privacy Agreements / Non-Disclosure Agreements;
      e. BINT Airtable;
      f. BINT FAQs;
      g. Social Media Policy;
14. BINT Boards and Cycles - including but not limited to:
      a. Different Board Positions and Responsibilities;
          i. Fire;
          ii. Wind;
          iii. Earth;
          iv. Water;
15. Refund Policy;
16. BINT Operations LLC's social media accounts - including but not limited to:
      a. Bintapp.com;
      b. Telegram;
      c. Band;
17. Videos produced for Membership viewing and for promotional purposes;
18. Describe the following:
      a. BINTtech and relationship with Conecmi;
      b. Zoom licensees / subscription / costs;
      c. Other monthly subscriptions BINT had/used – Example:  Text Fire See BandVideo 5 2(dmep2020@gmail.com) @"42:00 – 43:03  ("Some people have sat up and counted every single member times 85, "the Moores done made millions" No we haven't  - I wish – We have not made a million yet.  Do we make a piece of 85? Yes, we do.  But now let's break down the cost of running this free community.  BC the community does not pay a fee for anything.  Before we were ever even able to use some of the 85 that we get, me and my husband were paying for everything out of pocket.  Zoom costs us money every month.  The Text fire costs us money every month. There are like five or six other monthly subscriptions that we do.  But let me tell you guys something else that costs.  Now, a good chunk of change it's called those Admins that you have.  These Admin working every day, day in and night out.");
      d. BINT Operation LLC's Free fires policy and procedures;
      e. BINT Operations LLC's Fusion policy and procedures;
      f. BINT Operations LLC's ReStart policy and procedures;
      g. BINT Operations LLC' Kill Codes / killing boards and consolidating boards;
      h. Any and all product or services offered, sold or offered to sell by BINT Operations LLC and specifically whether any products or services were linked to getting Blessed.

19. Retention Policies and Procedures for destruction or deleting BINT information and persons authorized to delete or destroy – including but not limited to:
    a. Persons involved in creating Retention Policies and Procedures
    b. Financial accounts including payment processors, banks, merchant banks;
    c. Business documents;
    d. Text messages;
    e. Emails;
    f. Blogs;
    g. Websites;
    h. Social Media Accounts;
    i. Videos and Recordings including on Zoom, Band, BINTapp, Telegram.
20. Authenticate and discuss all documents produced by the Defendants in this Lawsuit.