**Justin N. Bryan**
Texas State Bar No. 24072006
**Kristin M. Hecker**
Texas State Bar No. 24116499
MCCATHERN, PLLC
3710 Rawlins, Suite 1600
Dallas, Texas 75219
Telephone: (214) 741-2662
Facsimile: (214) 741-4717
jbryan@mccathernlaw.com
khecker@mccathernlaw.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and<br><br>STATE OF ARKANSAS, *ex rel.*<br>LESLIE RUTLEDGE,<br>ATTORNEY GENERAL<br>   *Plaintiffs*,<br><br>vs.<br><br>BINT OPERATIONS LLC, a limited liability company,<br><br>LASHONDA MOORE, individually and as an officer of BINT OPERATIONS LLC, and<br><br>MARLON DEANDRE MOORE, formerly known as MARLON DEANDRE MAIDEN, individually and as an officer of BINT OPERATIONS LLC<br>   *Defendants* | CASE NO.: 4:21-CV-00518-KGB<br><br><br><br>**DEFENDANT BINT OPERATIONS LLC'S OPPOSITION TO PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION TO COMPEL DEFENDANT BINT OPERATIONS LLC TO RESPOND TO INTERROGATORIES** |

COME NOW Defendants BINT Operations LLC ("BINT") and files this its Opposition to Plaintiff Federal Trade Commission's Motion to Compel Defendant BINT Operations LLC to Respond to Interrogatories, and in support thereof would respectfully show the Court as follows:

1.   For the reasons more fully discussed in the contemporaneously filed brief, BINT

responds in opposition to Plaintiff FTC's Motion to Compel BINT to Respond to Interrogatories.

        Respectfully submitted,

        **MCCATHERN, PLLC**

        */s/ Justin N. Bryan*
        Justin N. Bryan (*Admitted Pro Hac Vice*)
        Texas State Bar No. 24072006
        jbryan@mccathernlaw.com
        Kristin M. Hecker (*Admitted Pro Hac Vice*)
        Texas State Bar No. 24116499
        khecker@mccathernlaw.com
        3710 Rawlins, Suite 1600
        Dallas, Texas 75219
        Telephone: (214) 741-2662
        Facsimile: (214) 741-4717

        **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2022, a true and correct copy of the foregoing was served on all counsel of record.

        */s/ Justin N. Bryan*
        Justin N. Bryan