UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and<br><br>STATE OF ARKANSAS, *ex rel.*<br>LESLIE RUTLEDGE,<br>ATTORNEY GENERAL,<br><br>    Plaintiffs,<br><br>    v.<br><br>BINT OPERATIONS LLC, a limited liability company,<br><br>LASHONDA MOORE, individually and as an officer of BINT OPERATIONS LLC, and<br><br>MARLON DEANDRE MOORE, formerly known as MARLON DEANDRE MAIDEN, individually and as an officer of BINT OPERATIONS LLC,<br><br>    Defendants. | Case No. 4:21-cv-00518-KGB<br><br>**PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF THE FTC'S MOTION TO COMPEL DEFENDANT BINT OPERATIONS LLC TO RESPOND TO INTERROGATORIES** |

Plaintiff Federal Trade Commission ("FTC"), respectfully moves the Court for leave to file a reply brief in further support of the FTC's Motion to Compel Defendant BINT Operations LLC to Respond to Interrogatories, which was filed on September 21, 2022 [Dkt. 51]. On October 5, 2022, Defendant BINT Operations LLC ("BINT") filed its "Brief in Support of Defendant BINT's Opposition" to the FTC's motion [Dkt. 57] and on October 7, 2022, BINT filed its similar "Opposition" to the FTC's motion [Dkt. 58] and "Brief in Support" [Dkt. 59]. The FTC now seeks leave to file a reply brief addressing BINT's Opposition(s) which raised an argument concerning proportionality in discovery which was not an objection BINT asserted in its discovery responses. Accordingly, the FTC respectfully requests that the Court grant this motion.

Respectfully submitted,

Dated: October 11, 2022

/s/ *Anne LeJeune*
REID TEPFER
Texas Bar No. 24079444
LUIS GALLEGOS
Oklahoma Bar No. 19098
ANNE LEJEUNE
Texas Bar No. 24054286
DAVID ALEX
Texas Bar No. 24003256
SERENA MOSLEY-DAY
Georgia Bar No. 101006
Federal Trade Commission
1999 Bryan St., Ste. 2150
Dallas, TX 75201
(214) 979-9395 / rtepfer@ftc.gov (Tepfer)
(214) 979-9383 / lgallegos@ftc.gov (Gallegos)
(214) 979-9371 / alejeune@ftc.gov (LeJeune)
(214) 979-9370 / dalex@ftc.gov (Alex)
(214) 979-9390/smosleyday@ftc.gov (Mosley-Day)

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 11, 2022, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Eastern District of Arkansas, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court.

| | |
|---|---|
| Justin N. Bryan<br>Kristin M. Hecker<br>McCathern, PLLC<br>3710 Rawlins Street, Suite 1600<br>Dallas, Texas 75219<br>(214) 741-2662<br>jbryan@mccathernlaw.com<br>khecker@mccathernlaw.com<br>Counsel for Defendants BINT Operations LLC,<br>LaShonda Moore, and Marlon Moore | Amanda Land<br>Jason Epperson<br>Office of the Arkansas Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR 72201<br>Amanda.Land@arkansasag.gov<br>Jason.Epperson@arkansasag.gov |

/s/ *Anne LeJeune*
ANNE LEJEUNE