# EXHIBIT A

to

PLAINTIFF FEDERAL TRADE COMMISSION'S REPLY BRIEF

IN SUPPORT OF MOTION TO COMPEL DEFENDANT BINT OPERATIONS LLC

TO RESPOND TO INTERROGATORIES

**Justin N. Bryan**
Texas State Bar No. 24072006
**Kristin M. Hecker**
Texas State Bar No. 24116499
MCCATHERN, PLLC
3710 Rawlins, Suite 1600
Dallas, Texas 75219
Telephone: (214) 741-2662
Facsimile: (214) 741-4717
jbryan@mccathernlaw.com
khecker@mccathernlaw.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and<br><br>STATE OF ARKANSAS, *ex rel.* LESLIE RUTLEDGE, ATTORNEY GENERAL<br>    *Plaintiffs*,<br><br>vs.<br><br>BINT OPERATIONS LLC, a limited liability company,<br><br>LASHONDA MOORE, individually and as an officer of BINT OPERATIONS LLC, and<br><br>MARLON DEANDRE MOORE, formerly known as MARLON DEANDRE MAIDEN, individually and as an officer of BINT OPERATIONS LLC<br>    *Defendants* | CASE NO.: 4:21-CV-00518-KGB<br><br><br><br><br><br><br><br>**DEFENDANTS' FIRST AMENDED RULE 26(a)(1) INITIAL DISCLOSURES** |

  Defendants BINT Operations LLC ("BINT"), LaShonda Moore ("L. Moore"), and Marlon DeAndre Moore ("M. Moore") (collectively, "Defendants") hereby serves this their First Amended Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. As additional information becomes available during the course of this action, Defendants reserve the right to

supplement these amended initial disclosures in accordance with Federal Rule of Civil Procedure 26(e). These amended initial disclosures are not intended to be a waiver of Defendants' privilege or affirmative defense, including, but not limited to, the right against self-incrimination protected by the Fifth Amendment to the United States Constitution, spousal privilege, or the attorney-client/work product privileges.

Respectfully submitted,

**MCCATHERN, PLLC**

/s/ Justin N. Bryan
Justin N. Bryan (*Admitted*)
Texas State Bar No. 24072006
jbryan@mccathernlaw.com
Kristin M. Hecker (*Admitted*)
Texas State Bar No. 24116499
khecker@mccathernlaw.com
3710 Rawlins, Suite 1600
Dallas, Texas 75219
Telephone: (214) 741-2662
Facsimile: (214) 741-4717

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2022, a true and correct copy of the foregoing was served on all counsel of record.

/s/ Justin N. Bryan
Justin N. Bryan

# RULE 26(a)(1) DISCLOSURES

A.      Rule 26(a)(1)(A)(i)

**The name and, if known, the address and telephone number of each individual likely to have discoverable information, along with the subjects of that information that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

    Corporate Representative of BINT Operations LLC
    c/o Justin N. Bryan
    Kristin M. Hecker
    MCCATHERN, PLLC
    3710 Rawlins, Suite 1600
    Dallas, Texas 75219
    (214) 741-2662

*Defendant. The subjects of information that may be used to support its claims or defenses are subject to the matters described with reasonable particularity provided by Plaintiffs pursuant to FED. R. CIV. P. 30(b)(6). Such matters may include, but are not limited to, knowledge of BINT's formation and operations and the allegations in question/dispute.*

    LaShonda Moore
    c/o Justin N. Bryan
    Kristin M. Hecker
    MCCATHERN, PLLC
    3710 Rawlins, Suite 1600
    Dallas, Texas 75219
    (214) 741-2662

*Defendant. The subjects of information that may be used to support its claims or defenses include, but are not limited to, knowledge of BINT's formation and operations and the allegations in question/dispute.*

    Marlon DeAndre Moore
    c/o Justin N. Bryan
    Kristin M. Hecker
    MCCATHERN, PLLC
    3710 Rawlins, Suite 1600
    Dallas, Texas 75219
    (214) 741-2662

*Defendant. The subjects of information that may be used to support its claims or defenses include, but are not limited to, knowledge of BINT's formation and operations and the allegations in question/dispute.*

      Corporate Representative of Conecmi, LLC
      c/o Barry Golden
      EGAN NELSON LLP
      2911 Turtle Creek Blvd, Suite 1100
      Dallas, Texas 75219
      (214) 628-9500

*The subjects of information that may be used to support Defendants' claims or defenses are subject to the matters described with reasonable particularity provided by Plaintiffs pursuant to FED. R. CIV. P. 30(b)(6). Such matters may include, but are not limited to, the development and operation of technology used by BINT and associated monthly subscription fees.*

      Nehemiah Thompson
      c/o Barry Golden
      EGAN NELSON LLP
      2911 Turtle Creek Blvd, Suite 1100
      Dallas, Texas 75219
      (214) 628-9500

*CEO of Conecmi, LLC. The subjects of information that may be used to support Defendants' claims or defenses include, but are not limited to, the development and operation of technology used by BINT and associated monthly subscription fees.*

**B.**     **Rule 26(a)(1)(A)(ii)**

**A copy or description by category and location of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

To date, Defendants have identified and produced the following documents that they may use to support their claims or defenses:

    1.     BINT Membership Presentation (*see* documents previously produced bates labeled MOORE 1 – MOORE 6, MOORE 105 – MOORE 118, and MOORE 401 – MOORE 407).

    2.     Transaction details for check card ending 3671 (*see* documents previously produced bates labeled MOORE 7 – MOORE 12 and MOORE 408 – MOORE 413).

    3.     BINT Bible (*see* documents previously produced bates labeled MOORE 13 – MOORE 23).

4. BINT Bank of America statements for account ending 1111 (*see* documents previously produced bates labeled MOORE 24 – MOORE 103).

5. BINT Contractor Wages (*see* documents previously produced bates labeled MOORE 104 and MOORE 414).

6. BINT Membership Handbook (*see* documents previously produced bates labeled MOORE 119 – MOORE 128).

7. Bank of America account activity (*see* documents previously produced bates labeled MOORE 129 – MOORE 133).

8. L. Moore Bank of America statements for account ending 5604 (*see* documents previously produced bates labeled MOORE 134 – MOORE 139).

9. BINT EIN assignment notice (*see* documents previously produced bates labeled MOORE 140 – MOORE 141).

10. L. Moore Bank of America statements for account ending 5604 (*see* documents previously produced bates labeled MOORE 142 – MOORE 287).

11. BINT Blessings status (*see* documents previously produced bates labeled MOORE 288 – MOORE 289 and MOORE 391 – MOORE 392).

12. L. Moore Bank of America statements for account ending 5604 (*see* documents previously produced bates labeled MOORE 290 – MOORE 303).

13. List of BINT products and services (*see* documents previously produced bates labeled MOORE 304 – MOORE 306).

14. BINT Certificate of Formation (*see* documents previously produced bates labeled MOORE 307 – MOORE 310).

15. M. Moore Bank of America statements for account ending 6545 (*see* documents previously produced bates labeled MOORE 311 – MOORE 390).

16. BINT admin excel spreadsheet (*see* documents previously produced bates labeled MOORE 393 – MOORE 400).

17. BINT member survey responses (*see* documents previously produced bates labeled MOORE 415 – MOORE 461).

18. BINT Pro information (*see* documents previously produced bates labeled MOORE 487 – MOORE 496).

19. BINT member question form (*see* documents previously produced bates labeled MOORE 497 – MOORE 516).

20. BINT 101: Community Resource Guide (*see* documents previously produced bates labeled MOORE 517 – MOORE 525).

21. M. Moore BBVA statements for account ending 4252 (*see* bates labels MOORE 526 – MOORE 550 and MOORE 603 – MOORE 656).

22. M. Moore PNC statements for account ending 2509 (*see* bates labels MOORE 551 – MOORE 563).

23. L. Moore BBVA statements for account ending 1453 (*see* bates labels MOORE 564 – MOORE 586 and MOORE 657 – MOORE 719).

24. L. Moore PNC statements for account ending 3808 (*see* bates labels MOORE 587 – MOORE 602).

25. Pleadings, *State of Texas v. BINT Operations LLC et al.*, Cause No. 471-03088-2021, in the 471st Judicial District of Collin County, Texas (*see* bates labels MOORE 720 – MOORE 2005).

26. Third-Party Document Subpoenas, *State of Texas v. BINT Operations LLC et al.*, Cause No. 471-03088-2021, in the 471st Judicial District of Collin County, Texas (*see* bates labels MOORE 2006 – MOORE 2059).

27. BINT Operations LLC 2020 Tax Return (*see* bates labels MOORE 2060 – MOORE 2092).

28. Marlon D & LaShonda Moore 2020 Tax Return (*see* bates labels MOORE 2093 – MOORE 2136).

**C.    Rule 26(a)(1)(A)(iii):  Computation of Damages**

N/A.

**D.    Rule 26(a)(1)(A)(iv):  Insurance Information**

N/A.