UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and<br><br>STATE OF ARKANSAS, *ex rel.*<br>LESLIE RUTLEDGE,<br>ATTORNEY GENERAL,<br><br>    Plaintiffs,<br><br>v.<br><br>BINT OPERATIONS LLC, a limited liability company,<br><br>LASHONDA MOORE, individually and as an officer of BINT OPERATIONS LLC, and<br><br>MARLON DEANDRE MOORE, formerly known as MARLON DEANDRE MAIDEN, individually and as an officer of BINT OPERATIONS LLC,<br><br>    Defendants. | Case No. 4:21-cv-00518-KBG<br><br>**STIPULATION OF FACTS REGARDING DEFENDANT BINT OPERATIONS LLC** |

Plaintiffs and Defendants (the "Parties") jointly file this stipulation, stipulate to the following facts in this matter, and respectfully request the Court incorporate the same into the Court's record for purposes of the trial and any dispositive motions in this matter:

1. Defendant BINT Operations LLC is a Defendant in the above-captioned lawsuit.

2. On December 7, 2022, Defendant Marlon Moore provided deposition testimony in the above-captioned lawsuit. See attached **Exhibit A**, Deposition of Marlon Moore.

3. The parties stipulate that the testimony provided by Marlon Moore on December 7, 2022, individually, will also be considered the corporate testimony, pursuant to Federal Rule of Civil Procedure 30(b)(6), of Defendant BINT Operations LLC.

4.  The parties further stipulate that Marlon Moore is the designated corporate representative of BINT Operations LLC.

5.  The parties further stipulate that the Court may draw a negative inference from the invocation of the Fifth Amendment in the deposition testimony of Defendant BINT Operations LLC's designated 30(b)(6) representative herein proffered as corporate testimony of BINT Operations LLC.

Accordingly, the parties stipulate to the above recitations and respectfully request the Court incorporate the same into the Court's record for purposes of the trial, dispositive motions and for all other just and proper relief in this matter.

Respectfully submitted,

Dated: December 13, 2022

/s/ Anne LeJeune
REID TEPFER
Texas Bar No. 24079444
LUIS GALLEGOS
Oklahoma Bar No. 19098
ANNE LEJEUNE
Texas Bar No. 24054286
DAVID ALEX
Texas Bar No. 24003256
SERENA MOSLEY-DAY
Georgia Bar No. 101006
Federal Trade Commission
1999 Bryan St., Ste. 2150
Dallas, TX 75201
(214) 979-9395 / rtepfer@ftc.gov (Tepfer)
(214) 979-9383 / lgallegos@ftc.gov (Gallegos)
(214) 979-9371 / alejeune@ftc.gov (LeJeune)
(214) 979-9370 / dalex@ftc.gov (Alex)
(214) 979-9390/smosleyday@ftc.gov (Mosley-Day)

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

LESLIE RUTLEDGE
Arkansas Attorney General

*/s/   Jason Epperson*
AMANDA LAND
Arkansas Bar. No. 2012135
JASON EPPERSON
Arkansas Bar. No. 2015083
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-2029 (Land)
(501) 682-6491 (Epperson)
Amanda.Land@ArkansasAG.gov
Jason.Epperson@ArkansasAG.gov

Attorneys for Plaintiff
STATE OF ARKANSAS, *ex. rel.*
LESLIE RUTLEDGE, ATTORNEY GENERAL


*/s/   Justin N. Bryan*
JUSTIN N. BRYAN
Texas Bar No. 24072006
KRISTIN M. HECKER
Texas Bar No. 24116499
McCathern, PLLC
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219
(214) 741-2662
jbryan@mccathernlaw.com
khecker@mccathernlaw.com

Counsel for Defendants BINT Operations LLC, LaShonda Moore, and Marlon Moore

CERTIFICATE OF SERVICE

       The undersigned certifies that on December 13, 2022, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Eastern District of Arkansas, using the electronic case filing system of the court. The attorneys listed below were served by the ECF notice generated by the Court.

Justin N. Bryan
Kristin M. Hecker
McCathern, PLLC
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219
(214) 741-2662
jbryan@mccathernlaw.com
khecker@mccathernlaw.com
Counsel for Defendants BINT Operations LLC,
LaShonda Moore, and Marlon Moore

Amanda Land
Jason Epperson
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
Amanda.Land@arkansasag.gov
Jason.Epperson@arkansasag.gov

                                                 /s/   Anne LeJeune
                                               ANNE LEJEUNE