## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**FEDERAL TRADE COMMISSION,** *et al.*                                    **PLAINTIFFS**

**v.**                                        **Case No. 4:21-cv-00518-KGB**

**BINT OPERATIONS LLC,** *et al.*                                    **DEFENDANTS**

### ORDER

Before the Court is separate plaintiff State of Arkansas *ex rel.* Tim Griffin, Attorney General's ("State of Arkansas") motion to substitute counsel (Dkt. No. 111).    The State of Arkansas requests that Senior Assistant Attorney General Kate Donoven be substituted as counsel for the State of Arkansas in place of Assistant Attorney General Jason Epperson (*Id.*). For good cause shown, the Court grants the motion and directs the Clerk of Court to substitute Ms. Donoven as counsel of record for the State of Arkansas in the above captioned matter and to remove Mr. Epperson as counsel of record.

It is so ordered this the 7th day of August, 2023.

_____
Kristine G. Baker
United States District Judge